**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**AUSTIN ADAMS**     **PLAINTIFF**

**V.**     **NO. 1:19-CV-123-DMB-DAS**

**TODD TURNER, et al.**     **DEFENDANTS**

**ORDER**

On July 23, 2019, the Clerk of the Court, on Austin Adams' motion, entered a default against Prentiss County, Mississippi. Docs. #7, #9. Adams moved for a default judgment against Prentiss County the same day. Doc. #10. On July 25, 2019, Adams filed a motion to withdraw the motion for default judgment and to set aside the Clerk's entry of default, representing:

> Plaintiff's counsel has spoken with the Defendant's attorney about [the default] and defense counsel has provided good cause as to why an Answer was not filed by Prentiss County. Apparently, the process server failed to serve a copy of the complaint along with the summons.

Doc. #12 at 2.

Upon consideration, the motion [12] is **GRANTED**. The July 23 entry of default [9] is **SET ASIDE** and the July 25 motion for default judgment [10] is deemed **WITHDRAWN** and shall be terminated by the Clerk of the Court.

**SO ORDERED**, this 26th day of July, 2019.

                                               /s/Debra M. Brown
                                               **UNITED STATES DISTRICT JUDGE**