IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**AUSTIN ADAMS**                                                                                **PLAINTIFF**

**V.**                                                                                 **NO. 1:19-CV-123-DMB-DAS**

**TODD TURNER, et al.**                                                       **DEFENDANTS**

**ORDER CLOSING CASE**

On April 21, 2020, the parties filed a "Stipulation of Dismissal with prejudice stating that the parties have settled all claims and matters in controversy between them." Doc. #45. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 22nd day of April, 2020.

                                                                                /s/Debra M. Brown
                                                                                **UNITED STATES DISTRICT JUDGE**